## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOSE HERNANDEZ LOPEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-51-PRW |
| | ) | |
| MARKWAYNE MULLIN, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus (Dkt. 1). On April 17, 2026, Respondents filed a Notice (Dkt. 13) informing the Court that Petitioner's application for voluntary departure had been granted and that his removal would be effected at least 72 hours after the Notice's submission.

Accordingly, the Petition (Dkt. 1) is **DENIED AS MOOT**. A separate judgment will follow.

**IT IS SO ORDERED** this 6th day of May 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE

1